ABERCROMBIE & FITCH CO. v. UNITED STATES

No. 7257.—Invoice dated London, England, May 6, 1946.
   Certified May 8, 1946.
   Entered at New York, N. Y., June 19, 1946.
   Entry No. 770110.

(Decided May 29, 1947)

*Lane, Young & Fox* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge: It has been agreed between the parties hereto that the issues herein relating to the above-mentioned merchandise are the same in all material respects as those decided in *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. (Customs) 183, C. A. D. 334, and that the record therein may be incorporated herein.

Upon the agreed facts I find the export value, as defined in section 402 (d), Tariff Act of 1930, to be the proper basis for determining the values of said merchandise, and that such values are the appraised values, less additions made by importer on entry because of advances by the appraiser in similar cases.

Judgment will be entered accordingly.

B. ALTMAN & CO. v. UNITED STATES

No. 7258.—Invoices dated London, England, May 31, 1946, etc.
   Certified May 31, 1946, etc.
   Entered at New York, N. Y., June 24, 1946, etc.
   Entry No. 770186, etc.

(Decided June 3, 1947)

*Marlow & Hines* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.